UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Savent Financial, LLC,<br>Highcrest Lending Corporation, Highcrest Opportunities Lending Corporation, SFL-HLC ABS Facility, LLC, and SFL-HOLC ABS Facility, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>Modo Capital, LLC, Renegade Renewables, LLC, BPF Acquisition Co. Series 11, LLC, Kevin Adler,<br><br>    *Defendants.* | Case No. 2:25-cv-00198-KHR |

## DECLARATION OF WILLIAM HECK

STATE OF NEVADA     §
    §
COUNTY OF CLARK     §

1. My name is William Heck. Along with Allen Funk, I am a co-manager for Modo Capital, LLC, Renegade Renewables, LLC (collectively, "Borrowers") and BPF Acquisition Co. Series 11, LLC ("BPF"). My date of birth is ▇▇▇▇▇▇▇▇, 1960, and my address is 507 Eagle Vista Drive, Henderson, Nevada. I am competent to make this declaration as authorized under 28 U.S.C. § 1746.

2. As co-managers of BPF and Borrowers, Allen Funk and I have the authority to exercise the real estate options at issue in this case between Borrowers and each of the following: (1) Johnson Land and Cattle, LLC (the "Johnson Option"); (2) John Hays (the "Hays Option"); (3) Sunset Energy Providers, LLC (the "Sunset Option"); and (4) Jon David Miller, Sharon Hood, Steven Richardson, Nancy Richardson, Patrick Miller, Melissa Halston, Audni G. Miller, Dion

1

Olsen Miller, and Karl Wedel (the "Miller Option"). The September 15, 2025, action by written consent of the members of BPF authorizing Allen Funk and I to exercise these options is attached hereto as <u>Exhibit 1</u>.

3.   As of the date of this declaration, Borrowers have exercised each of the Johnson, Hays, Sunset, and Miller Options. The notices to exercise each of these options are attached hereto as <u>Exhibits 2–5</u>, respectively. Further, Borrowers have reached an agreement with Savent on the terms of the mortgage documents to purchase the land associated with the options. Borrowers intend to execute those mortgage documents when execution copies are provided by Lender.

4.   I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2025.

_____
William Heck

2