# Exhibit 1

**BPF ACQUISITION CO. SERIES 11, LLC**

**ACTION BY WRITTEN CONSENT OF THE MEMBERS**

**September 15, 2025**

THE UNDERSIGNED, being the members (the "**Members**") of BPF Acquisition Co. Series 11, LLC, a Delaware limited liability company (the "**Company**"), acting pursuant to Section 18-302 of the Delaware Limited Liability Company Act and the operating agreement for the Company, hereby consents to and adopts the following resolutions set forth below by written consent.

WHEREAS, as of the date hereof, the Company owns one hundred percent (100%) of the issued and outstanding limited liability company membership interests in Dawn Solar Holdings LLC, a Delaware limited liability company (the "**Holding Company**");

WHEREAS, on the date hereof, the Holding Company is the sole member of (a) one hundred percent (100%) of the issued and outstanding membership interests of Renegade Renewables, LLC, a Texas limited liability company ("**Renegade**"), and (b) one hundred percent (100%) of the issued and outstanding membership interests of Modo Capital LLC, a Texas limited liability company ("**Modo**"), which own, together, the rights to develop an approximately 515.6 MW AC (approximately 683 MW DC) solar photovoltaic project in Deaf Smith County, Texas (the "**Dawn Solar Project**"); and

WHEREAS, the Dawn Solar Project has been under development since December 2018 and has and continues to require significant capital, including through periodic capital contributions from its members, to sustain its development activities and to preserve the value of its assets; and

WHEREAS, on or about July 21, 2025, Highcrest Captial-Savent Financial ("**Lenders**") sent Renegade a letter informing it is in default under its loan agreements, and that such default would not result in the acceleration of its loans (the "**Purported Default Letter**").

WHEREAS, Lender has commenced legal proceedings and attorneys for the Company, James Scott (Texas) and Stuart Day (Wyoming), have been engaged; and

WHEREAS, the members believe it is the best course of action to defend the Lender Action, clearly state the Company is not in default, rebut any claims and take over such actions as necessary to prevent the appointment of a receiver with and overbroad mandate; and

WHEREAS, the Company has entered into a land purchase agreement for the parcel known as the Miller Parcel with a mortgage provided by Highcrest/Savant, and

WHEREAS, in consultation with legal counsel and in light of the ongoing litigation it is the opinion of the Members that the remaining three land options should be exercised as soon as practical and further extension of the option should be avoided if possible; and

WHEREAS, Highcrest and Savant, through their power of attorney, have demanded the options be extended rather than executed the Company had planned; and

WHEREAS, Lenders have agreed to finance the land purchase as they believe it enhances the security of their collateral; and

WHEREAS, Lenders have agreed to an interest rate of 12% and loan terms substantially in the form of the Amerant mortgage that was on the Sunset Property.

THEREFORE, BE IT

RESOLVED, that the Company and its subsidiaries authorize empower and direct, Allen Funk and William Heck in the name of and on behalf of the Company and its subsidiaries, to enter into, execute and deliver any documents, instruments, agreements or certificates required to raise capital for the Company for the acquisition of the land parcels.

RESOLVED, the William Heck and Allen Funk, as Mangers, may execute any and all documents related to the purchase and financing (via mortgages) for the Miller

(option already executed), Johnson Land and Cattle, Hays and Sunset Parcels (all three to be executed) as they deem to be in the best interest of the Company.

RESOLVED, that any and all actions previously taken by the Company, its Members, its Board of Directors or any Authorized Person in connection with the documents and actions contemplated by the foregoing resolutions be, and they hereby are, ratified, confirmed, approved and adopted in all respects as and for the acts and deeds of the Company and its subsidiaries; and it is further

RESOLVED, that this Written Consent may be executed in one or more counterparts, each of which shall constitute an original without reference to the others and shall have the same force and effect as a vote of the Members at a duly called meeting of the Members and shall be effective as of the date hereof; and that copies of this Written Consent may be transmitted by facsimile and filed with the minutes of the proceedings of the Members.

*(Signature Page Follows)*

IN WITNESS WHEREOF, the undersigned Members have executed this Written Consent as of the date first written above.

BAS Texas Solar, LLC

By: _____
    Name: Brian A. Sidman
    Title:  Manager

JBD Acquisitions, LLC

By: _____
    Name: Jeremy Ben-David
    Title:  Manager

AFI Solar Capital Solutions, LLC

By: _____
    Name: Kevin Adler
    Title:  Authorized Signatory

Jackson Karsten LLC

By: _____
    Name: William Heck
    Title:  Authorized Signatory

_____
Kevin Adler

_____
Allen Funk

_____
David Mitchell