# Exhibit 2

September 25, 2025

MODO Capital, LLC
1030 FM 2392
Dimmitt, Texas 79027

Johnson Land and Cattle, LLC
Attn: Leroy Johnson
P.O. Box 66
DawnTX79025

Re:   Exercise of Option to Purchase – Real Property in Deaf Smith County, Texas, more particularly described in the attached Exhibit A.

Mr. Johnson,

Please accept this letter as formal written notice that MODO Capital, LLC, as Optionee under that certain Option to Purchase dated May 8, 2018, as amended (the "**Agreement**") hereby exercises its option to purchase the real property located in Deaf Smith County, Texas that is the subject of the Agreement.

This notice is being provided pursuant to the terms of the Agreement. MODO Capital, LLC confirms that the Agreement remains in full force and effect as of the date of this notice, all conditions precedent regarding the exercise of this option have been met, and that this exercise is timely and proper in accordance with its terms.

MODO Capital, LLC is prepared to proceed with closing in accordance with the terms and timelines set forth in the Agreement. Please coordinate with MODO Capital, LLC to arrange for the execution of all necessary documents and for scheduling the closing.

If you have any questions or require additional information, please do not hesitate to contact me at the email address listed above.

                                                    Sincerely,

                                                    MODO CAPITAL, LLC

                                                    *(Signature)* _William Heck_

                                                    *(Printed Name)* William Heck

                                                    *(Position)*      Authorized Signatory

**EXHIBIT A**

Tract One:

    All of the W.A. HUNT Preemption Survey, Abstract No. 537, Deaf Smith County, Texas.

Tract Two:

    All of the M.H. CAHILL Preemption Survey, Abstract No. 535, Deaf Smith County, Texas.