# Exhibit 3

September 25, 2025

MODO Capital, LLC
1030 FM 2392
Dimmitt, Texas 79027

John Hays
108 Quince
Hereford, Texas 79045

Re: Exercise of Option to Purchase – Real Property in Deaf Smith County, Texas, more particularly described in the attached Exhibit A.

Mr. Hays,

Please accept this letter as formal written notice that MODO Capital, LLC, as Optionee under that certain Option to Purchase dated July 24, 2018, as amended (the "**Agreement**") hereby exercises its option to purchase the real property located in Deaf Smith County, Texas that is the subject of the Agreement.

This notice is being provided pursuant to the terms of the Agreement. MODO Capital, LLC confirms that the Agreement remains in full force and effect as of the date of this notice, all conditions precedent regarding the exercise of this option have been met, and that this exercise is timely and proper in accordance with its terms.

MODO Capital, LLC is prepared to proceed with closing in accordance with the terms and timelines set forth in the Agreement. Please coordinate with MODO Capital, LLC to arrange for the execution of all necessary documents and for scheduling the closing.

If you have any questions or require additional information, please do not hesitate to contact me at the email address listed above.

                                          Sincerely,

                                          MODO CAPITAL, LLC

                                          *William Heck*

                                          William Heck, authorized signatory

cc: Sunset Energy Providers, LLC, 100 Forest Ave., Glen Ridge, NJ 08028

# EXHIBIT A

Tract one:

Approximately 126 acres, being off the West side (w/side) of Section Twenty Five (25) Block Three (3) AB&M Survey and out of the Northwest corner (NW/corner) of section Seventeen (17), located North and West of U.S. Highway 60, Block K-14, Tap RR Co., Survey, in Deaf Smith County, Texas.

SAVE AND EXCEPT:

Approximately sixty-one (61) acres located in the Northwest corner of said Section Seventeen (17), Block K-14, Tap RR Co., Survey, Deaf Smith County, Texas (said acreage being completely fenced with permanent fence and located North of U.S. Highway 60.

Tract Two:

All of Section Seven (7), Being approximately 642 Acres, Block K-14 Tap RR Co., Survey, Deaf Smith County, Texas

Tract Three:

All of Section Eight (8) Being Approximately 242 acres, Block K-14 Tap RR Co., Survey Located North and West of U.S. Highway 60 in Deaf Smith County, Texas.