# Exhibit 4

September 25, 2025

MODO Capital, LLC
1030 FM 2392
Dimmitt, Texas 79027

Sunset Energy Providers, LLC
100 Forest Ave.
Glen Ridge, NJ 08028

Re:   Exercise of Option to Purchase – Real Property in Deaf Smith County, Texas, more particularly described in the attached Exhibit A.

Agreement Date:   Effective as of April 1, 2025
Optionor:          Sunset Energy Providers, LLC
Optionee:          MODO Capital, LLC

To Whom it May Concern,

Please accept this letter as formal written notice that MODO Capital, LLC, as Optionee under that certain Amended and Restated Option to Purchase (the "Agreement") entered into by and between Sunset Energy Providers, LLC, as Optionor, and MODO Capital, LLC, as Optionee, effective as of April 1, 2025, hereby exercises its option to purchase the real property located in Deaf Smith County, Texas that is the subject of the Agreement.

This notice is being provided pursuant to Section 2.a. of the Agreement, which governs the notice requirement for exercising the option to purchase. MODO Capital, LLC confirms that the Agreement remains in full force and effect as of the date of this notice, all conditions precedent regarding the exercise of this option have been met, and that this exercise is timely and proper in accordance with its terms.

MODO Capital, LLC is prepared to proceed with closing in accordance with the terms and timelines set forth in the Agreement. Please coordinate with MODO Capital, LLC to arrange for the execution of all necessary documents and for scheduling the closing.

If you have any questions or require additional information, please do not hesitate to contact me at the email address listed above.

Sincerely,

MODO CAPITAL, LLC

*William Heck*
William Heck, authorized signatory

**EXHIBIT A**

Tract 1:
All of Section No. 6 in Block K-14, Certificate No. 988, Abstract No. 506, Deaf Smith County, Texas.

Tract 2:
147.70 acres, more or less, out of the H.B. Shaw Preemption Survey, Deaf Smith County, Texas, described by metes and bounds as follows:

A) The South 130 acres, more or less, of the H.B. Shaw Preemption Survey, and being all of said Preemption South of a projected line between Sections 5 and 6 in Block K-14, Deaf Smith County, Texas;
SAVE AND EXCEPT an irregularly shaped tract of land containing 0.353 acres, more or less and being out of the Northwest part of the H.B. Shaw Pre-emption tract, Abstract No. 539, File No. 6938 in Deaf Smith County, Texas, described as follows:
Beginning at the Southwest corner of the H.B. Shaw tract, the same being in the East line of Section 7, Block K-3;
THENCE North along the West line of the Shaw tract and the East line of Section 7, Block K-3, a platted distance of 2363.89 feet to the Northeast corner of Section 7, Block K-3, and the Southeast corner of Section 8, Block K-3; (Distance taken from the original field notes in Volume 1, Page 398, Field Note Records of Deaf Smith County, Texas.)
THENCE continuing North along the West line of the Shaw tract and the East line of Section 8, Block K-3, a distance of 1611.98 feet to a point;
THENCE East perpendicular to the West line of the Shaw tract and the East line of Section 8, Block K-3, a distance of 30 feet to the Southwest and Beginning corner of this tract;
THENCE North parallel with and 30 feet East of the West line of the Shaw tract and the East line of Section 8, Block K-3, a distance of 268.42 feet to a point;
THENCE East 268.42 feet to a point;
THENCE Southwesterly along a curve to the left having a central angle of 89 degrees 24 minutes and a radius of 271.56 feet, a distance of 423.72 feet to the Place of Beginning; and

B) 17.70 acres of land, more or less, out of the H.B. Shaw Preemption Survey Deaf Smith County, Texas, described by metes and bounds as follows:
BEGINNING at X=422117.18 Feet Y=3609950.77 Feet a 1/2" iron rod found in the East line of Section 7, Block K-3, AB&M Survey, Abstract 46, Deaf Smith County, Texas, at the Southwest corner of the H.B. Shaw Preemption Survey, Abstract 359, same being the Northwest corner of the W.A. Hunt Preemption Survey, Abstract 537;
THENCE North 01 degree 20 minutes 22 seconds East along the East line of said Section 7, a distance of 851.00 varas to a 1-1/4" iron pipe found at the Northeast corner of said Section 7 and the Southeast corner of Section 8, Block K-3, AB&M Survey, Abstract 1406;
THENCE North 01 degree 21 minutes 37 seconds East along the East line of said Section 8 a distance of 687.75 varas to a point for the Northwest corner of this tract;
THENCE South 89 degrees 12 minutes 17 seconds East along the projection of the North line of Section 6, Block K-14, T&NO RR Co. Survey, Abstract 1169 and the South line of Section 5, Block K-14, T&NO RR Co. Survey, Abstract 292, at 0.40 varas pass a 3/4" iron pipe found,

continuing at 489.05 varas pass a railroad spike found, continuing for a total distance of 547.53 varas to a 1/2" iron rod with cap marked "RPLS 1848" found at the Northwest corner of said Section 6 and the Southwest corner of said Section 5;
THENCE South 00 degree 40 minutes 56 seconds West along the West line of said Section 6, at 10.83 varas pass a 1-1/2" iron pipe found, continuing for a total distance of 1538.68 varas to a 1/2" iron rod with 2" aluminum disc marked "LSLS 5167" set for the Southeast corner of said Shaw Survey and the Northeast survey of said Hunt Survey;
THENCE North 89 degrees 12 minutes 22 seconds West along the South line of said Shaw Survey and the North line of said Hunt Survey, at 63.93 varas pass a 1/2" iron rod with cap marked "RPLS 1848" found, continuing for a total distance of 565.43 varas to the Point of Beginning;


Tract 3:
The West 1/2 of Section 24, Block 3, Abstract No. 1461, Certificate No. 1122, AB&M Survey, in Deaf Smith County, Texas.
SAVE AND EXCEPT 5.179 acres for homestead described as follows;
METES AND BOUNDS DESCRIPTION of a 5.179 acre tract of land, more or less, located in Section 24, Block 3, A.B.& M. Survey, abstract 1461, Deaf Smith County. Texas, being further described as follows: BEGINNING at a "MAG" nail with washer set in the North line of said Section 24 which bears S. 89 13'53" E. a distance of 1212.00 feet from a railroad spike found at the Northwest corner of said Section 24; THENCE S. 89 13'53: E., along the North line of said Section 24 a distance of 400.00 feet to a "MAG" nail with washer set for the Northeast corner of this tract from which a concrete nail accepted as the Northeast corner of said Section 24 bears S. 89 13'53" E. a distance of 3667.55 feet; THENCE S. 00'46'07" W. a distance of 564.00 feet to a 1/2" iron rod with cap marked "HUGO REED ASSOC" set for the Southeast corner of this tract; THENCE N. 89 13'53" W. a distance of 400.00 feet to a 1/2" iron rod with cap marked "HUGO REED ASSOC" set for the Southwest corner of this tract; THENCE N. 00'46'07" E. a distance of 564.00 feet to the Point of Beginning.


Tract 4:
The West one-half of Section 5, Block K-14, T&NO Ry. Co. Survey, Deaf Smith County, Texas, SAVE AND EXCEPT the West 137.5 acres of said Section 5 and also SAVE AND EXCEPT a 3 acre tract of land located in the Northeast corner of the said West one-half of Section *5,* which 3 acre tract is described by metes and bounds as follows:
Beginning at the Northeast corner of the said West one-half of Section 5;
THENCE South with the East line of the said West one-half of Section 5, 344 feet;
THENCE West parallel with the North line of said West one-half of Section 5, 380 feet to a point;
THENCE North parallel with the East line of said West one-half of Section 5, 344 feet to a point in the North line of said West one-half of Section 5;
THENCE East with said North line, 380 feet to the place of beginning.

AND

A 14.93 acre tract, more or less out of the West part of Section 5, Block K-14, Certificate No. 988, T.&N.O. R.R. Co. Original Optionee Patent No. 570, Volume 26 in Deaf Smith County, Texas, described by metes and bounds as follows:

COMMENCING at a 1/2 inch iron rod with cap marked "RPLS 1848" set for the Southwest corner of Section 5, Block K-14 whence a 1 inch iron pipe found bears South 00 degrees 01 minute 43 seconds East 30.00 feet and a railroad spike found for the Southeast corner of said section bears South 89 degrees 56 minutes 55 seconds East 5281.78 feet;

THENCE South 89 degrees 56 minutes 55 seconds East along the South line of said section, 998.78 feet to a 1/2 inch iron rod with cap marked "RPLS 1848" set for the SOUTHWEST and BEGINNING corner of this tract;

THENCE North 00 degrees 01 minute 12 seconds East 4943.78 feet to a 1/2 inch iron rod with cap marked "RPLS 1848" set in the South line of a tract known as 8.92 acres as conveyed to Josef C. Grotegut, et ux by deed recorded in Volume 330, Page 869, Deed Records whence a 1/2 inch iron pipe found in the West line of said section for the Southwest corner of the tract known as 8.92 acres bears South 89 degrees 57 minutes 08 seconds West 1002.99 feet;

THENCE North 89 degrees 57 minutes 08 seconds East 129.48 feet to a 1/2 inch iron pipe found in the West line of a tract known as 180.15 acres as conveyed to Wayne Betzen, et ux by deed recorded as Instrument Number 98-0573, Official Public Records for the Southeast corner of the tract known as 8.92 acres and the Northeast corner of a tract known as 128.58 acres as conveyed to Robert Wilson Womble, et al by deed recorded as Instrument Number 97-0977, Official Public Records;

THENCE South 00 degrees 01 minute 43 seconds East 4944.01 feet to a 1/2 inch iron rod with cap marked "RPLS 1848" set in the South line of said section for the Southeast corner of the tract known as 128.58 acres and the Southwest corner of the tract known as 180.15 acres;

THENCE North 89 degrees 56 minutes 55 seconds West along the South line of said section, 133.69 feet to the place of beginning.