# Exhibit 5

August 9, 2025

MODO Capital, LLC
1030 FM 2392
Dimmitt, Texas 79027

Jon David Miller *via U.S. Mail, First Class*
2115 Lanier Dr.
Austin, Texas 78757

Re: Exercise of Option to Purchase Real Property in Deaf Smith County, Texas, more particularly described in the attached Exhibit A.

Agreement Date: September 1, 2024
Grantors: Jon David Miller, Sharon Hood, Steven Richardson, Nancy Richardson, Patrick Miller, Melissa Halston, Audni G. Miller, Dion Olsen Miller, and Karl Wedel
Original Grantee: AFI Solar Capital Solutions, LLC
Option Holder: MODO Capital, LLC

Mr. Miller,

Please accept this letter as formal written notice that MODO Capital, LLC, as successor in interest to AFI Solar Capital Solutions, LLC, the original Grantee under that certain Agreement for Option to Purchase (the "Agreement") by and between Jon David Miller, Sharon Hood, Steven Richardson, Nancy Richardson, Patrick Miller, Melissa Halston, Audni G. Miller, Dion Olsen Miller, and Karl Wedel, as Grantor, and AFI Solar Capital Solutions, LLC, as Grantee, effective as of September 1, 2024, hereby exercises its option to purchase the real property located in Deaf Smith County, Texas that is the subject of the Agreement.

This notice is being provided pursuant to Section 5 of the Agreement, which governs the notice requirement for exercising the option to purchase. MODO Capital, LLC confirms that the Agreement remains in full force and effect as of the date of this notice and that this exercise is timely and proper in accordance with its terms.

MODO Capital, LLC is prepared to proceed with closing in accordance with the terms and timelines set forth in the Agreement. Please coordinate with MODO Capital, LLC to arrange for the execution of all necessary documents and for scheduling the closing.

If you have any questions or require additional information, please do not hesitate to contact me at the email address listed above.

Sincerely,

MODO CAPITAL, LLC

*William Heck*
_____
William Heck, authorized signatory

# EXHIBIT A

## DESCRIPTION OF REAL PROPERTY

Tract l:
The East 16.12 acres, more or less of Section 5, Block K-14, Abstract No. 292, Certificate No. 998, Deaf Smith County, Texas, described by metes and bounds as follows, to-wit:

BEGINNING at a set stone with an iron pipe adjacent as the Southwest corner of Section 17, Block 3 and the Southeast corner of this section;

THENCE North with the West line of Section 17, Block 3 and the East line of this section, 1906 varas to a set stone with an iron pipe adjacent at the NW corner of Section 17, Block 3 and the NE corner of this section;

THENCE West with the North line of Section 5, Block K-14, 45.1 varas to the center of a North-South road;

THENCE South 0 degrees 09 minutes 30 seconds West along the center of said road, 1906 varas to a point in the South line of Section 5, Block K-14;

THENCE East with the South line of said section, 50.4 varas to the place of beginning.

SAVE AND EXCEPT:
1.00 acre, more or less out of the Northwest part of Section 17, Block 3, Cert. No. 119 of the A.B.&M. Surveys and the Northeast part of Section 5, Block K-14, Cert. No. 988 of the T&NO Railroad Co. Surveys in Deaf Smith County, Texas, described by metes and bounds as follows:

BEGINNING at a 3/4 inch iron pipe with the small pieces of stone around it for the Northwest corner of Section 17, Block 3 and the Northeast corner of Section 5, Block K-14;

THENCE South 89 degrees 59 minutes 20 seconds East along the North line of Section 17, Block 3, a distance of 113.12 feet to a 3/8 inch iron rod;

THENCE South 0 degrees 09 minutes 30 seconds West 209.32 feet to a 3/8 inch iron rod;

THENCE North 89 degrees 50 minutes 30 seconds West at 112.54 feet pass the West line of Section 17, Block 3 and the East line of Section 5, Block K-14 and at 208.4 feet a 3/8 inch iron rod in the East line of a public road whence the West line of a 16.12 acre tract conveyed to H.H. Miller by C. Baker Womble by deed of record in Volume 249, Page 881, Deed Records bears North 89 degrees 50 minutes 30 seconds West 30.0 feet;

THENCE North 0 degrees 09 minutes 30 seconds East along the East line of said road and parallel with the West line of said 16.12 acre tract, 208.71 feet to a 3/8 inch iron rod in the North line of Section 5, Block K-l4 whence the Northwest corner of said 16.12 acre tract bears South 89 degrees 58 minutes 20 seconds West 30.0 feet;

THENCE North 89 degrees 58 minutes 20 seconds East along the North line of Section 5, Block K-14, a distance of 95.28 feet to the place of beginning.

Tract 2:
One hundred sixty (160) acres, more or less out of Section 18, Block 3, Abstract Nos. 734 and 792, Certificate No. 1119, in Deaf Smith County, Texas, described by metes and bounds as follows:

BEGINNING at the Southwest corner of said Section 18;

THENCE East 1320 feet;

THENCE North 5280 feet;

THENCE West 1320 feet;

THENCE South 5280 feet to the place of beginning.

Tract 3:
All of Section 17, Block 3, in Deaf Smith County, Texas.

SAVE AND EXCEPT:
1.00 acre, more or less out of the Northwest part of Section 17, Block 3, Cert. No. 119 of the A.B.&M. Surveys and the Northeast part of Section 5, Block K-14, Cert. No. 988 of the T&NO Railroad Co. Surveys in Deaf Smith County, Texas, described by metes and bounds as follows:

BEGINNING at a 3/4 inch iron pipe with the small pieces of stone around it for the Northwest corner of Section 17, Block 3 and the Northeast corner of Section 5, Block K-14;

THENCE South 89 degrees 59 minutes 20 seconds East along the North line of Section 17, Block 3, a distance of 113.12 feet to a 3/8 inch iron rod;

THENCE South 0 degrees 09 minutes 30 seconds West 209.32 feet to a 3/8 inch iron rod;

THENCE North 89 degrees 50 minutes 30 seconds West at 112.54 feet pass the West line of Section 17, Block 3 and the East line of Section 5, Block K-14 and at 208.4 feet a 3/8 inch iron rod in the East line of a public road whence the West line of a 16.12 acre tract conveyed to H.H. Miller by C. Baker Womble by deed of record in Volume 249, Page 881, Deed Records bears North 89 degrees 50 minutes 30 seconds West 30.0 feet;

THENCE North 0 degrees 09 minutes 30 seconds East along the East line of said road and parallel with the West line of said 16.12 acre tract, 208.71 feet to a 3/8 inch iron rod in the North line of Section 5, Block K-14 whence the Northwest corner of said 16.12 acre tract bears South 89 degrees 58 minutes 20 seconds West 30.0 feet;

THENCE North 89 degrees 58 minutes 20 seconds East along the North line of Section 5, Block K-14, a distance of 95.28 feet to the place of beginning.